UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY WHITE,

    Plaintiff,

v.                                 Case No. 8:06-CV-1626-T-27MAP

SCHOOL BOARD OF HILLSBOROUGH
COUNTY,

    Defendant.
_____/

**ORDER**

      Before the Court is Plaintiff's motion to compel mandatory disclosure of designated documents (doc. 33) and Defendant's response thereto (doc. 40). Plaintiff seeks entry of a Court order compelling Defendant to produce all of the documents described in Defendant's Rule 26(a)(1)(B) disclosures. The purpose of Rule 26(a)(1)(B) is for a party to identify documents in its possession, custody, or control so that the opposing party may make "an informed decision concerning which documents might need to be examined, at least initially, … and to frame their document requests." *See* Advisory Committee Notes, 1993 Amendments to Rule 26. Rule 26(a)(1)(B) does not require production of any documents, and a party should proceed under Rule 34 to request documents identified. The disclosing party does not, by describing documents under Rule 26(a)(1)(B), waive its right to object to production or to assert that the documents are not sufficiently relevant to justify the burden or expense of production. *Id.* Accordingly, after

consideration, it is hereby

>**ORDERED**:

>1. Plaintiff's motion to compel mandatory disclosure of designated documents (doc. 33) is DENIED.

>IT IS SO ORDERED at Tampa, Florida, on June 28, 2007.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE